Resetarits Constr. Corp. v Norfolk S. Ry. Co. (2024 NY Slip Op 04020)

Resetarits Constr. Corp. v Norfolk S. Ry. Co.

2024 NY Slip Op 04020

Decided on July 26, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 26, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, BANNISTER, DELCONTE, AND HANNAH, JJ.

522 CA 23-01300

[*1]RESETARITS CONSTRUCTION CORPORATION, PLAINTIFF-RESPONDENT,
v
NORFOLK SOUTHERN RAILWAY COMPANY, DEFENDANT-APPELLANT, ET AL., DEFENDANT. 
PHILADELPHIA INDEMNITY INSURANCE COMPANY, PLAINTIFF-RESPONDENT, 
v
NORFOLK SOUTHERN RAILWAY COMPANY, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

COHEN & FREY P.C., ARDMORE, PENNSYLVANIA (TIMOTHY L. FREY, ADMITTED PRO HAC VICE, OF COUNSEL), AND ZDARSKY, SAWICKI & AGOSTINELLI LLP, BUFFALO, FOR DEFENDANT-APPELLANT.
LIPSITZ GREEN SCIME CAMBRIA LLP, BUFFALO (JOSEPH J. MANNA OF COUNSEL), FOR PLAINTIFF-RESPONDENT RESETARITS CONSTRUCTION CORPORATION.
ADAMS LECLAIR LLP, ROCHESTER (THEODORE M. BAUM OF COUNSEL), FOR PLAINTIFF-RESPONDENT PHILADELPHIA INDEMNITY INSURANCE COMPANY. 

 Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered June 23, 2023. The order denied the motion of defendant Norfolk Southern Railway Company to dismiss the third cause of action in plaintiff Resetarits Construction Corporation's first amended complaint and denied the motion of defendant Norfolk Southern Railway Company to dismiss the intervenor complaint of Philadelphia Indemnity Insurance Company. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Resetarits Constr. Corp. v Norfolk S. Ry. Co. ([appeal No. 1] — AD3d — [July 26, 2024] [4th Dept 2024]).
Entered: July 26, 2024
Ann Dillon Flynn
Clerk of the Court